JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramona Smith,<br><br>         Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>         Defendant. | ED CV 16-1614 PA (KKx)<br><br>JUDGMENT |

Pursuant to the Court's August 23, 2016 Minute Order granting the Motion to Dismiss filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), which dismissed all of the claims asserted by plaintiff Ramona Smith ("Plaintiff") against Wells Fargo,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Wells Fargo shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Wells Fargo shall have its costs of suit.

  IT IS SO ORDERED.

DATED: August 23, 2016

             _____
                Percy Anderson
             UNITED STATES DISTRICT JUDGE